**STATE of Vermont v. William Arthur CUBITT, No. 244-77**

November 17, 1978. Judgment and sentence vacated. Judgment of not guilty entered.